# EXHIBIT 50

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

RICHARD M. LEWISTON,

        Debtor.
_____/

Bankruptcy Case No. 12-58599
Hon. Philip J. Shefferly
Chapter 7

APARTMENTS AT CAMBRIDGE COMPANY,
L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO
DECLARATION OF TRUST, ILA I, L.L.C., ILA II,
L.L.C., APTCAM, L.L.C., CAMAPT, L.L.C.,
RICHARDS-PITT, L.L.C., GREGORY RICHARDS
CS TRUST, GREGORY RICHARDS MARITAL TRUST,
DANIEL SMITH, RICHARD SMITH, JOANNE
PURTHER, KEVIN SPIZIZEN, NEIL SPIZIZEN,
KEVIN SPIZIZEN DECLARATION OF TRUST,
NEIL SPIZIZEN REVOCABLE LIVING TRUST
and NICK BALBERMAN,

        Plaintiffs,

vs.

Adv. Pro. No. 12-06010

RICHARD M. LEWISTON,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANK. P. 7056 AND 11 U.S.C. § 727(a)(4)(A)

The Court, having reviewed Plaintiffs' Motion for Summary Judgment Pursuant to Fed. R. Bank. P. 7056 and 11 U.S.C. § 727(A)(4)(A) (the "Motion"), and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is granted and that Debtor is hereby denied a discharge in bankruptcy pursuant to 11 U.S.C. § 727(A)(4)(A).

**IT IS FURTHER ORDERED AND ADJUDGED** that Debtor's activities as set forth in the Motion are hereby referred to the U.S. Trustee's Office and the U.S. Attorney's Office for investigation.