# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

    Debtor.

_____/

Case No: 12-58599-pjs
Chapter 7
Honorable Phillip J. Shefferly

APARTMENTS AT CAMBRIDGE COMPANY,
L.L.C., MICKEY SHAPIRO TRUST, ASA
SHAPIRO DECLARATION OF TRUST, ILA I,
L.L.C., ILA II, L.L.C., APTCAM, L.L.C., CAMAPT,
L.L.C., RICHARDS-PITT, L.L.C., GREGORY
RICHARDS CS TRUST, GREGORY RICHARDS
MARITALTRUST, DANIEL SMITH, RICHARD
SMITH, JOANNE PURTHER, KEVIN SPIZIZEN,
NEIL SPIZIZEN, KEVIN SPIZIZEN
DECLARATIONOF TRUST, NEIL SPIZIZEN
REVOCABLE LIVING TRUST
and NICK BALBERMAN,

    Plaintiffs,

vs.

RICHARD MARTIN LEWISTON,

    Defendant.

_____/

Adv. Pro. No. 12-06010-pjs

## NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANK. P. 7056 AND 11 U.S.C. § 727(A)(4)(A) AND OPPORTUNITY TO RESPOND

    Plaintiffs have filed papers with the Court seeking summary judgment in the above-captioned adversary proceeding.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief requested in this Motion, or if you want the court to consider your views on the Motion, **within 14 days**, you or your attorney must:

1. File with the court a written response or an answer,[1] explaining your position at:

United States Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Daniel E. Harold, Esq.
Morganroth & Morganroth, PLLC
344 North Old Woodward, Suite 200
Birmingham, MI 48009

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Respectfully submitted,

| MORGANROTH & MORGANROTH, PLLC | SULLIVAN, WARD, ASHER & PATTON, P.C. |
|---|---|
| By: /s/ Daniel E. Harold | By: /s/ Wallace M. Handler |
| MAYER MORGANROTH (P17966) | WALLACE M. HANDLER (P14598) |
| DANIEL E. HAROLD (P61841) | Of counsel to Plaintiffs |
| Counsel for Plaintiffs | 1000 Maccabees Center |
| 344 North Old Woodward Avenue, Suite 200 | 25800 Northwestern Highway |
| Birmingham, Michigan 48009 | Southfield, MI 48075-1000 |
| (248) 864-4000 | (248) 746-0700 |
| dharold@morganrothlaw.com | whandler@swappc.com |

Dated: May 20, 2013

---

[1] Any response or answer must comply with Fed. R. Civ. P. 8(b), (c) and (e).