Form nothrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

211 West Fort Street
Detroit, MI 48226

---

In Re: Richard Martin Lewiston
Debtor

Case No.: 12–58599–pjs
Chapter 7
Judge: Phillip J Shefferly

Apartments at Cambridge Company, L.L.C. et al.
Plaintiff

Adv. Proc. No. 12–06010–pjs

v.

Richard Martin Lewiston
Defendant

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226** on **6/12/13** at **01:00 PM** to consider and act upon the following:

*31* – Motion to Intervene – Chapter 7 Trustees Motion to Intervene in Adversary Proceeding Under Federal Rule of Bankruptcy Procedure 7024 Filed by Trustee Gene R. Kohut (Attachments: # 1 Exhibit A – Proposed Order # 2 Exhibit Notice and Opportunity # 3 Exhibit Certificate of Service # 4 Exhibit B – Complaint # 5 Exhibit C – Nominal Defendant, Chapter 7 Trustees, Answer and Affirmative Defenses to Complaint Objecting to Debtors Discharge Pursuant To 11 U.S.C. § 523) (Wolfson, Scott)

Dated: 5/29/13

BY THE COURT

Katherine B. Gullo
Clerk, U.S. Bankruptcy Court

BY: Cheryl London
Deputy Clerk