# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

RICHARD MARTIN LEWISTON

    Debtor.

_____/

Case No: 12-58599-pjs
Chapter 7
Honorable Phillip J. Shefferly

APARTMENTS AT CAMBRIDGE COMPANY, L.L.C., MICKEY SHAPIRO TRUST, ASA SHAPIRO DECLARATION OF TRUST, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C., CAMAPT, L.L.C., RICHARDS-PITT, L.L.C., GREGORY RICHARDS CS TRUST, GREGORY RICHARDS MARITALTRUST, DANIEL SMITH, RICHARD SMITH, JOANNE PURTHER, KEVIN SPIZIZEN, NEIL SPIZIZEN, KEVIN SPIZIZEN DECLARATIONOF TRUST, NEIL SPIZIZEN REVOCABLE LIVING TRUST
and NICK BALBERMAN,

    Plaintiffs,

vs.

RICHARD MARTIN LEWISTON,

    Defendant.

_____/

Adv. Pro. No. 12-06010-pjs

## ORDER SUBSTITUTING EXHIBIT 24 TO PLAINTIFFS' BRIEF IN OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION TO INTERVENE IN ADVERSARY PROCEEDING UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7024

The Court, having reviewed the Stipulation to Substitute Exhibit 24 to Plaintiffs' Brief in Opposition to Chapter 7 Trustee's Motion to Intervene in Adversary Proceeding Under Federal Rule of Bankruptcy Procedure 7024 and being otherwise fully advised in the premises:

1

**IT IS HEREBY ORDERED** that Exhibit 24 to Plaintiffs' Brief in Opposition to Chapter 7 Trustee's Motion to Intervene in Adversary Proceeding Under Federal Rule of Bankruptcy Procedure 7024 is hereby substituted with the document marked 108803 AAC 012399.

.

```
Signed on June 11, 2013
                                          /s/ Phillip J. Shefferly
                                     Phillip J. Shefferly
                                     United States Bankruptcy Judge
```