UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Richard Martin Lewiston, | Case No. 12-58599 |
| Debtor. / | Hon. Phillip J. Shefferly |
| Apartments at Cambridge Company, L.L.C., et al.,[1] | Lead Adversary Proceeding No. 12-6010-PJS |
| Plaintiffs, | |
| v. | |
| Richard Martin Lewiston, | |
| Defendant. / | |

### ORDER OVERRULING OBJECTIONS TO DISCHARGE

On September 10, 2015, the Court issued an Opinion Overruling Objections to Discharge ("Opinion") (ECF No. 244). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Plaintiffs' objections to discharge are overruled.

---

[1] Plaintiffs are: Apartments at Cambridge Company, L.L.C., Mickey Shapiro Trust, Asa Shapiro Declaration of Trust, ILA I, L.L.C., ILA II, L.L.C., APTCAM, L.L.C., CAMAPT, L.L.C., Richards-Pitt, L.L.C., Gregory Richards CS Trust, Gregory Richards Marital Trust, Daniel J. Smith, Richard B. Smith, Joanne Smith Purther, Kevin Spizizen, Neil Spizizen, Kevin Spizizen Declaration of Trust, Neil Spizizen Revocable Living Trust, Nick Balberman, and Nominal Plaintiff Gene R. Kohut, Chapter 7 Trustee.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the Defendant and against the Plaintiffs with respect to the Plaintiffs' complaint.

**IT IS FURTHER ORDERED** that this order disposes of all claims in this adversary proceeding and, therefore, this adversary proceeding shall be closed.

.

**Signed on September 10, 2015**

                                             **/s/ Phillip J. Shefferly**
                                             **Phillip J. Shefferly**
                                             **United States Bankruptcy Judge**